UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-2591-CAS (JCx) | Date | July 16, 2008 |
|---|---|---|---|
| Title | *BLEU PRODUCTS, INC. v. BUREAU VERITAS COSUMER PRODUCT SERVICES (HONG KONG), LTD; ET AL* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **July 31, 2008** why this action should not be dismissed for lack of prosecution **as to defendants BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC.; and BUREAU VERITAS, SA, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)    **A proof of service of summons on first amended complaint and first amended complaint on defendant BUREAU VERITAS, SA**

1)    An answer by **defendant BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC., a Massachussetts Corporation** or plaintiff's request for entry of default on this defendant

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer |  | CMJ |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-2591-CAS (JCx) | Date | July 16, 2008 |
|---|---|---|---|
| Title | *BLEU PRODUCTS, INC. v. BUREAU VERITAS COSUMER PRODUCT SERVICES (HONG KONG), LTD; ET AL* | | |